

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2017

No. 04-17-00313-CV

**IN THE INTEREST OF L.C.S., A CHILD**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00974
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

     Appellant's brief was due on July 12, 2017. No brief or motion for extension has been filed. We **order** Manuel Charles Rodriguez, Jr., appellant's court-appointed appellate attorney, to file appellant's brief by **July 21, 2017**. Appellant is advised that **no extensions of time will be granted** absent a showing of extraordinary circumstances. The court does not generally consider a heavy work schedule to be an extraordinary circumstance. If the brief is not filed by the date ordered, the court may abate the appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned this appeal. *See* TEX. FAM. CODE ANN. § 107.013(a)(1) (giving indigent persons a right to counsel in parental-rights termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that this right to counsel includes the right to effective counsel).

_____
Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk